

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW, Rm. 7234
Washington, DC 20530

Tel: 202-514-5048

May 1, 2013

Patricia S. Connor
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

    Re:    *Weatherford v. U.S. Department of Homeland Security,* No. 13-1339

Dear Ms. Connor:

    Petitioner, Jameson Weatherford, filed the instant petition for review on March 13, 2013, seeking review of a final decision of the Transportation and Security Administration assessing a civil penalty of $1,500. Pursuant to this Court's informal briefing order, petitioner filed an informal brief on April 1, 2013. Petitioner subsequently filed a motion on April 26, 2013. This motion, though captioned "Motion to Dismiss," appears to be a challenge to the underlying administrative proceedings and raises no new arguments not already included in petitioner's informal brief.

    Based on discussions with the Clerk's Office, the government is of the understanding that, pursuant to Local Rule 34(b), it was not required to file a response to petitioner's opening brief. Accordingly, unless otherwise ordered by the Court, the government does not intend to respond to petitioner's motion. In accordance with the Court's April 10, 2013 order, the government will file the administrative record in this case by May 24, 2013.

                                        Sincerely,

                                        /s/ Sparkle L. Sooknanan
                                        SPARKLE L. SOOKNANAN
                                        Attorney, Appellate Staff

cc: Jameson Weatherford