UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
(804) 916-2700
www.ca4.uscourts.gov

CHANGE OF ADDRESS NOTICE (PRO SE)

| Case No.: 13-1339 |
|---|
| Lower Court Case No.: 12 TSA 0029 |

If your address changes, it is your obligation to notify the Clerk. If the address changes and you do not notify the Clerk, we will not be responsible for your failure to receive documents from the Court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

| Name: JAMESON WEATHERFORD |
|---|
| Street/PO Box: 307 STOCKTON ST. No. 221 |
| City: RICHMOND    State: VA    Zip Code: 23224 |
| Telephone Number: (804) 503 - 1837 |
| Prison (if applicable): N/A |
| Prisoner's Reg. No. (if applicable): N/A |
| Release Date (if applicable): N/A |
| Effective Date: 21 JUNE 2013 |
| Signature: [signature] |

10/08/2008

# CERTIFICATE OF SERVICE

I certify that on  21 June 2013      the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Clerk's Office
U.S. Court of Appeals
For the Fourth Circuit
Richmond, Virginia
[VA, 23219]

US DOJ
ATTN: Sharon Swingle
950 Pennsylvania Ave. NW, Room 7234
Washington, District of Columbia
[DC 20503]

_____           21 June 2013
Signature                           Date

Appeal: 13-1339      Doc: 23          Filed: 06/24/2013      Pg: 2 of 3





Jameson Weatherford
2211 Rosewood. Ave
Richmond, Virginia
[VA 23220]

Clerk's Office
U.S. Court of Appeals
For the Fourth Circuit
Richmond, Virginia
[VA, 23219]